```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JOSE L. MORALES,                         :
                          Plaintiff,     :
                                         :    08 Civ. 7585 (DLC)
                -v-                      :
                                         :    ORDER OF
CONSOLIDATED EDISON COMPANY OF NY,       :    DISCONTINUANCE
INC.,                                    :
                          Defendant.     :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         May 14, 2009

                                      _____
                                           DENISE COTE
                                      United States District Judge